IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Major Debra L. Sims, | ) | C/A: 3:17-1694-JFA-KDW |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | |
| | ) | |
| Dr. Bryan Funke; Dr. Steven Koehl; and | ) | |
| Dr. Cecilia Carpenter-Sessions, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

The *pro se* plaintiff, Major Debra L. Sims, has filed a motion to proceed *in forma pauperis*. The Magistrate Judge assigned to this action[1] has prepared a Report and Recommendation wherein she suggests that this court should deny the motion to proceed *in forma pauperis*. The Report sets forth in detail the relevant facts and standards of law on this matter, and the court incorporates such without a recitation.

The plaintiff was advised of her right to file objections to the Report and Recommendation, which was entered on the docket on July 28, 2017. However, after the Report was mailed to the plaintiff, but before such objection deadline passed, the plaintiff paid the $400 filing fee. Thus, it appears that the plaintiff does not object to the Report and

---

[1] The Magistrate Judge's review is made in accordance with 28 U.S.C. § 636(b)(1)(B) and Local Civil Rule 73.02. The Magistrate Judge makes only a recommendation to this court. The recommendation has no presumptive weight, and the responsibility to make a final determination remains with the court. *Mathews v. Weber*, 423 U.S. 261 (1976). The court is charged with making a *de novo* determination of those portions of the Report to which specific objection is made and the court may accept, reject, or modify, in whole or in part, the recommendation of the Magistrate Judge, or recommit the matter to the Magistrate Judge with instructions. 28 U.S.C. § 636(b)(1).

Recommendation.

After carefully reviewing the applicable laws, the record in this case, as well as the Report, this court finds the Magistrate Judge's recommendation fairly and accurately summarizes the facts and applies the correct principles of law. Accordingly, the Court adopts the Report and Recommendation. The plaintiff's motion to proceed *in forma pauperis* (ECF No. 4) is denied.

IT IS SO ORDERED.

Joseph F. Anderson, Jr.

August 18, 2017
Columbia, South Carolina

Joseph F. Anderson, Jr.
United States District Judge