# UNITED STATES DISTRICT COURT
### for the
### District of South Carolina

| | |
|---|---|
| Major Debra L. Sims, | ) |
| *Plaintiff,* | ) |
| v. | ) |
| Dr. Bryan Funke; Dr. Steven Koehl; Dr. Cecilia | ) |
| Carpenter-Sessions, | ) |
| *Defendant,* | ) |

Civil Action No.      3:17-cv-01694-DCC

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the respondent *(name)* _____

recover costs from the plaintiff *(name)* _____.

■  other: the plaintiff, Major Debra L. Sims, shall take nothing of the defendants, Dr. Bryan Funke, Dr. Steven Koehl, and Dr. Cecilia Carpenter-Sessions, as to the complaint filed pursuant to 42 U.S.C. § 2003 and this action is dismissed without prejudice pursuant to FRCP 41.

This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Donald C. Coggins, Jr., United States District Judge, presiding, adopting the Report and Recommendation set forth by the Honorable Kaymani D. West, United States Magistrate Judge, which recommended dismissal of the complaint without prejudice.

Date:   February 15, 2018

*ROBIN L. BLUME, CLERK OF COURT*

s/A. Buckingham

_____
*Signature of Clerk or Deputy Clerk*